IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Doe, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 2:05-cv-0901 |
| The Salvation Army in the United States, et al., | : | JUDGE SMITH |
| | : | |
| Defendants. | | |

ORDER

    Plaintiff's motion to proceed under the pseudonym "John Doe" (#2) is granted.  The true name of the plaintiff shall be revealed to defendants and a complaint bearing that name shall be filed under seal with the Court.  Absent a modification of this order, defendants and their agents, including attorneys, shall not make public the true name of the plaintiff, and any future filing containing the plaintiff's true name shall be filed under seal.  The caption of the case shall continue to reflect the plaintiff's name as "John Doe."

/s/ Terence P. Kemp
United States Magistrate Judge