IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| John Doe<br>944 E. Weber Rd<br>Apt. B<br>Columbus, Ohio 43211 | : | Case No. 2:05-cv-901 |
| | : | |
| | : | Judge Smith |
| Plaintiff, | : | |
| -vs- | : | |
| | : | Magistrate Judge Kemp |
| The Salvation Army, a<br>New York corporation,<br>et al., | : | |
| | : | |
| Defendants. | | |

## PLAINTIFF'S APPLICATION/ MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES (*In Forma Pauperis*) ON APPEAL AND AFFIDAVIT IN SUPPORT

Now comes Plaintiff John Doe, through counsel, and respectfully moves this Court for an Order granting his Application to Proceed on Appeal *In Forma Pauperis*.

A Memorandum and Plaintiff's Affidavit in support of this motion is attached.

Respectfully Submitted,

/s/ Jane P. Perry_____
Jane P. Perry
Trial Attorney for Plaintiff
Ohio Reg. 0029698
Ohio Legal Rights Service
50 W. Broad St., Suite 1400
Columbus, Ohio 43215
jperry@olrs.state.oh.us
(614) 466-7264
Fax: (614) 644-1888

## **MEMORANDUM IN SUPPORT**

Plaintiff John Doe has filed a Notice of Appeal from the District Court's June 2, 2007 Order granting summary judgment to the Defendants and dismissing Plaintiff's case. Plaintiff now seeks the Court's permission to proceed *in forma pauperis* on appeal.

The granting or denial of a motion to proceed *in forma pauperis* is committed to the sound discretion of this Court. *Hartman v. United States*, 310 F. 2d 447, 448 (6th Cir. 1962).

Plaintiff's appeal is taken in good faith and is not patently frivolous. Plaintiff also is not a vexatious or abusive litigant. This Complaint is the only one he has ever filed, and thus this is his first appeal.

A litigant need not be completely destitute in order to be allowed to proceed *in forma pauperis. Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948). As Plaintiff's Affidavit shows, he is currently not employed; his sole monthly income is a Social Security Disability benefit of $714.00; he has only about $400.00 in the bank; his utilities and rent cost him over $300.00 per month; and he owes monthly loan payments on his car and student loan. Given Plaintiff's very limited financial resources, he would be unable to pay the $455.00 fee for filing a Notice of Appeal, costs of preparing and filing a brief and Joint Appendix, and other related costs of his appeal.

For these reasons, Plaintiff John Doe respectfully requests that the Court permit him to proceed *in forma pauperis* on appeal.

        Respectfully Submitted,

        /s/ Jane P. Perry_____
        Jane P. Perry
        Trial Attorney for Plaintiff
        Ohio Reg. 0029698
        Ohio Legal Rights Service
        50 W. Broad St., Suite 1400
        Columbus, Ohio 43215
        jperry@olrs.state.oh.us
        (614) 466-7264
        Fax: (614) 644-1888

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of June, 2007, a true copy of the foregoing Motion to Proceed on *Appeal In Forma Pauperis* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and a copy of this Motion was served upon counsel for Defendants by regular United States mail. Parties may access this filing through the Court's system.

    /s/Jane P. Perry_____

    Jane P. Perry (0029698)
    Trial Attorney for Plaintiff
    jperry@olrs.state.oh.us
    Ohio Legal Rights Service
    50 West Broad St., Suite 1400
    Columbus, Ohio 43215

Case: 2:05-cv-00901-EPD Doc #: 29 Filed: 06/22/07 Page: 6 of 6  PAGEID #: 328